**FILED
CLERK**

3/3/2021 12:17 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

MICHELLE TENZER-FUCHS,

          Plaintiff,

-against-

BABBEL, INC.,

          Defendant.
------------------------------------------------------x

No. 2:20-cv-05385

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs. No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of the voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Dated:

SHALOM LAW, PLLC

By: _____/s/ Jonathan Shalom_____
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, New York 11375
(718) 971-9474
*Attorneys for Plaintiff*

DAVIS & GILBERT LLP

By: _____/s/ Marc Rachman_____
Marc Rachman
1675 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Defendant*

Case closed.
SO ORDERED.
/s/ JMA, USDJ
3/3/2021

1